UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANYA FRASER,

     Plaintiff,

 - against -

NEW YORK CITY DEPARTMENT OF PARKS
& RECREATION, CITY OF NEW YORK, and
JOHN DOE(S) 1–10,

     Defendants.
------------------------------------------------------------X

JUDGMENT
14-CV-2626 (RRM) (RER)

  An Order of the undersigned having been issued this day granting defendant's motion to dismiss this action for failure to prosecute based on a Report and Recommendation of the Magistrate Judge, dismissing plaintiff's claims against defendants with prejudice, and further directing the Clerk of Court to enter judgment accordingly, it is hereby

  ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; and that all claims brought by plaintiff as against defendants are dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
   August 25, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge